10-67881

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under MDL |
| LIABILITY LITIGATION (No. VI) | : | 875 |
| | : | |
| VARIOUS PLAINTIFFS | : | |
| | : | |
| | : | Cases in which Plaintiff |
| v. | : | is Represented by Cascino |
| | : | Vaughan Law Offices |
| VARIOUS DEFENDANTS | : | |

FILED

FEB 17 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### O R D E R

**AND  NOW**, this **16th** day of **February, 2011**, it is hereby

**ORDERED** that Plaintiffs' Motions for Leave to File First Amended

Complaint in the Cases listed in Exhibit "A," attached, are

**GRANTED** as they are unopposed.

It is further **ORDERED** that no further motions for leave to

amend shall be filed in the cases represented by Cascino Vaughan

Law Offices that have been referred to The Honorable Lowell A.

Reed, Jr. for mediation until further notice of the Court.[1]

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

---

[1] Plaintiff's Motion to Amend in Harold Crouch, 10-64574,
filed on February 8, 2011, will be granted provided there is no
opposition by Defendants.  After that, no additional amendments
will be granted, as the continual adding of Defendants to the
individual actions is detrimental to the mediation process.

Exhibit A

| Last | First | PAED | Motion Filed | (doc. no.) |
|------|-------|------|--------------|------------|
| Waltenberg | Claude | 09-61499 | 9/17/2010 (8) | |
| Gehrt | Paul | 08-92066 | 10/8/2010 (9) | |
| Kumferman | Henry | 10-61429 | 10/21/2010 (9) | |
| Bevers | David | 09-61321 | 11/11/2010 ← (15) | |
| Schurtz | Michael | 08-91742 | 11/11/2010 (9) | |
| Willey | Russell | 08-90166 | 12/9/2010 (11) | |
| Boinski | Jacob | 10-67877 | 1/22/2011 (10) | |
| Knaebe | Gustave | 10-67881 | 1/22/2011 (12) | |
| Lundgren | Jim | 09-61032 | 1/22/2011 (13) | |
| Michels | Ronald | 10-62047 | 1/22/2011 (14) | |